IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAITLIN W., ET AL., : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 03-6051 |
| THE ROSE TREE MEDIA SCHOOL : | |
| DISTRICT : | |

**ORDER**

AND NOW, this 15th day of May, 2009, upon consideration of Plaintiffs' and Defendant's Motions for Judgment on the Administrative Record, (Doc. Nos. 20, 23), it is ORDERED that Defendant's Motion is GRANTED and Plaintiffs' Motion is DENIED.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.